## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **DARRYL CARTER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:20-cv-00537-O-BP** |
| | § | |
| **CITY OF FORT WORTH,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 16. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings and Conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that Carter's claims against the City of Fort Worth are **DISMISSED with prejudice**, his claims against Defendants Officer Stevenson and Officer Leon brought under the First Amendment to the United States Constitution are **DISMISSED with prejudice**, his Eighth and Fourteenth Amendment claims against such Defendants are **DISMISSED without prejudice**, his Motions for Temporary Restraining Order and Injunction (ECF Nos. 10 and 11) are **DENIED**, and his Motion to Shorten Time (ECF No. 12) is **DENIED as moot**.

**SO ORDERED** on this **3rd day** of **November 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE